IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| PB BRANDS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>PATEL SISTER, LLC d/b/a PATEL SISTERS, RAJANKUMAR PATEL, and KARISHMA PATEL<br><br>    Defendants. | Case No.: 4:23-cv-163 (CDL) |

**CORRECTED ORDER**

This matter is before the Court on Plaintiff PB Brands LLC's Second Status Report addressing Defendants' failure to comply with the requirements of the May 2025 order. Order (May 23, 2025), ECF No. 24.

On May 23, 2025, the Court entered an order holding Defendants in civil contempt for failing to comply with the Court's prior orders, including the December 12, 2023 Order (ECF No. 9) and the February 28, 2025 Order (ECF No. 20). Plaintiff reports that it also had a process

1

server make personal service of the May 2025 Order on each Defendant. *See* Affidavits of Service, ECF No. 25-1.

Having considered Plaintiff's June 20, 2025, second status report (ECF No. 25), and for good cause shown, the Court finds that Defendants continue to fail and refuse to abide by its prior orders, including the December 12, 2023 Order issuing a permanent injunction (ECF No. 9), the February 2025 Order compelling Defendants to respond to Plaintiff's post-judgment discovery (ECF No. 20), and the May 23, 2025 Order enforcing the Judgment (ECF No. 24).  The Court further finds that Defendants were served with the May 23, 2025 Order no later than May 30, 2025, and have failed to comply with its requirements for at least 11 days, subjecting to Defendants to a coercive fine in the amount of $1,500 (which will continue to accumulate during the period of Defendants' noncompliance up to and following the entry of this Order). The Court further finds that Defendants have failed to establish their inability to comply with the Orders.

Accordingly, it is ORDERED as follows:

1) The May 23, 2025 Order, Defendants' continuing obligation to comply with the May 23, 2025 Order, the February 28, 2025 Order, this Court's Injunction Order, and the accruing coercive fines under the May 23, 2025 Order, remain in full force and effect; and

2) A coercive fine in the amount of $1,500 and Plaintiff's attorneys' fees and costs in the amount of $855.00 shall be added by the Clerk to the amount of the judgment outstanding against all Defendants (in addition to the $6,412.50 that the Court ordered to be added to the Judgment in the May 23, 2025 Order).

Furthermore, Defendants shall appear before the undersigned at 10:30 A.M. on July 24, 2025 at the United States Courthouse in Columbus, Georgia to show cause why more serious additional sanctions, including referral to the United States Attorney for consideration of potential criminal contempt proceedings, should not be imposed based upon their continued failure to comply with the Court's orders.

IT IS SO ORDERED, this 23rd day of June, 2025.

                                        __S/Clay D. Land
                                        HON. CLAY D. LAND
                                        U.S. DISTRICT COURT JUDGE
                                        MIDDLE DISTRICT OF GEORGIA

Case 4:23-cv-00163-CDL   Document 27   Filed 06/23/25   Page 4 of 4