IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

|  |  |
|---|---|
| PB BRANDS LLC, | : |
| Plaintiff, | : |
| v. | : Case No. 4:23-cv-163-CDL |
| PATEL SISTER, LLC d/b/a PATEL SISTERS, RAJANKUMAR PATEL, and KARISHMA PATEL. | : |
| Defendants. | : |

## ORDER MEMORIALIZING HEARING

On July 24, 2025, the undersigned held a show cause hearing at 10:30 a.m. at which Defendants Rajankumar Patel and Karishma Patel were ordered to appear and show cause why they should not be sanctioned and referred to the "United States Attorney for consideration of potential criminal contempt proceedings[.]"[1]  *See* Order 3, June 23, 2025, ECF No. 27.  Neither Defendant appeared at the scheduled hearing time.  At 10:40 a.m., the undersigned took the bench and stated on the record that the Court would defer closing the hearing until 11:00 a.m. to allow Defendants to appear, explain their tardiness, and show cause as previously ordered.  Again, neither individual Defendant appeared before 11:00 a.m. or at any time thereafter.  In summary, on July 24, 2025, Defendants failed to appear and show cause as ordered by the district judge.

**SO ORDERED**, this 25th day of July, 2025.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE

---

[1] On July 23, 2025, the district judge referred the show cause hearing to the undersigned.